ACCEPTED
03-15-00439-CR
7697655
THIRD COURT OF APPEALS
AUSTIN, TEXAS
11/5/2015 11:20:01 AM
JEFFREY D. KYLE
CLERK

## CAUSE NO. 03-15-00439-CR

| | | |
|---|---|---|
| JOHN GABRIEL ESQUIVEL<br>    Appellant, | §<br>§<br>§<br>§ | IN THE THIRD COURT |
| | | FILED IN<br>3rd COURT OF APPEALS<br>AUSTIN, TEXAS<br>11/5/2015 11:20:01 AM<br>JEFFREY D. KYLE<br>Clerk |
| V. | §<br>§ | OF APPEALS |
| THE STATE OF TEXAS<br>    Appellee, | §<br>§ | STATE OF TEXAS |

## FIRST MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES JOHN ESQUIVEL, Appellant, by and through their attorney, Amber Vazquez Bode, and file this **First Motion for Extension of Time to File Appellant's Brief**. In support thereof Appellant offers as follows:

1.    According to the Texas Rules of Appellate Procedure Rule 38.6 Time to File Briefs:

**"(a) Appellant's Filing Date**.    Except in a habeas corpus or bail appeal, which is governed by Rule 31, an appellant must file a brief within 30 days-20 days in an accelerated appeal-after the later of:

      (1)    The date the clerk's record was filed; or

      (2)    The date the reporter's record was filed."

2.    The Reporter's Record was filed on October 8, 2015.

3.    The appellant's brief is due on November 9, 2015.

4.    The Appellant cites the following facts and reasons to the Court as Justification for this Motion for Extension:

a) Counsel is preparing for a Trial in the 450th District Court in Travis County Texas; Cause No. D-1-DC-14-206730.

5.      Appellant hereby requests an extension of 30 days due to the stated reasons.

6.      Appellant respectfully requests a brief extension of 30 days in order to receive proper research for the case.

The Appellant respectfully requests that this court GRANT the First Motion for Extension of Time to File Appellant's Brief.

Respectfully submitted,

Amber Vazquez Bode
State Bar No. 24039225
The Vazquez Law Firm
1004 West Ave.
Austin, Texas 78701
(512) 220-8507 (telephone)
(512) 480-0760 (facsimile)

**COUNSEL FOR APPELLANT**

# CERTIFICATE OF SERVICE

I, AMBER VAZQUEZ BODE, Attorney for Appellant, do hereby certify that a true and correct copy of the above and foregoing **First Motion for Extension of Time to File Appellant's Brief** has been served electronically on November 5, 2015.

_____
AMBER VAZQUEZ BODE
Attorney for Appellant

Third Court of Appeals
Price Daniel Sr. Bldg.
209 West 14th Street, Room 101
Austin, Texas 78701

Ms. Angela Chambers
299th District Court
Official Court Reporter

299th Judicial District Court
Blackwell-Thurman Justice Center
509 West 11th Street- 8th Floor
Austin, Texas 78701

Travis County District Attorney
Appellate Division
509 West 11th Street
Austin, Texas 78701

Travis County District Clerk
509 West 11th Street, Room 1.400
Austin, Texas 78701

The Honorable Karen Sage
299th District Court
Blackwell-Thurman Justice Center
509 West 11th Street- 8th Floor
Austin, Texas 78701